UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

MARIA CARPIO and ELOY CUZCO,

                Plaintiffs,

- against –

45 WALL STREET LLC, NEW YORK UNIVERSITY, THAMES REALTY CO, TRIBECA LANDING L.L.C., BOARD OF EDUCATION OF THE CITY OF NEW YORK, NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, THE CITY OF NEW YORK, THE CITY OF NEW YORK DEPARTMENT OF EDUCATION,

                Defendants.

21 MC 102 (AKH)

DOCKET NO.
08 CIV 4350

AFFIDAVIT OF SERVICE

     I, Anna Gurevich, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Fair Lawn, New Jersey.

     That on the 30th day of July, 2008, at approximately 2:10 PM at the City of New York Law Department located at 100 Church Street 4th Floor, New York, New York 10007, deponent served the within copy of the Summons and Complaint upon The City of New York by delivering thereat a true copy of same to Amanda Gonzales, Docketing Clerk, an individual of suitable age and discretion.

_____
Anna Gurevich

Sworn to before me on this

30   day of July, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20 09