UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| MARIA CARPIO and ELOY CUZCO,<br><br>　　　　　　　　　　Plaintiffs,<br><br>- against –<br><br>45 WALL STREET LLC, NEW YORK UNIVERSITY, THAMES REALTY CO, TRIBECA LANDING L.L.C., BOARD OF EDUCATION OF THE CITY OF NEW YORK, NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, THE CITY OF NEW YORK, THE CITY OF NEW YORK DEPARTMENT OF EDUCATION,<br><br>　　　　　　　　　　Defendants. | DOCKET NO.<br>**08 CIV 4350**<br><br>AFFIDAVIT OF SERVICE |

　　　　I, Soo Jeong, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in New York, New York.

On July 31, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, Tribeca Landing, LLC, by its designated agent, Rockrose Development Corporation, more specifically, Rowena Rajandran, Receptionist, at:

　　　　　　　　　　Rockrose Development Corporation
　　　　　　　　　　290 Park Avenue South
　　　　　　　　　　New York, New York, 10010-5312

　　　　　　　　　　_____
　　　　　　　　　　Soo Jeong

Sworn to before me on this
31 day of July, 2008

　　　　　　　　BEATRIZ DOLORES ARANA
　　　　　　　　Notary Public, State of New York
　　　　　　　　　　No. 01AR6132940
　　　　　　　　Qualified in Queens County
　　　　　Commission Expires August 29, 20___