UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| MARIA CARPIO and ELOY CUZCO,<br><br>Plaintiffs,<br><br>- against –<br><br>45 WALL STREET LLC, NEW YORK UNIVERSITY, THAMES REALTY CO, TRIBECA LANDING L.L.C., BOARD OF EDUCATION OF THE CITY OF NEW YORK, NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, THE CITY OF NEW YORK, THE CITY OF NEW YORK DEPARTMENT OF EDUCATION,<br><br>Defendants. | DOCKET NO.<br><u>08 CIV 4350</u><br><br>AFFIDAVIT OF SERVICE |

I, Anna Gurevich, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Fair Lawn, New Jersey.

That on the 1st day of August, 2008, at approximately 3:31 PM at the City of New York Law Department located at 100 Church Street 4th Floor, New York, New York 10007, deponent served the within copy of the Summons and Complaint upon The City of New York Department of Education by delivering thereat a true copy of same to Amanda Gonzales, Docketing Clerk, an individual of suitable age and discretion.

_____
Anna Gurevich

Sworn to before me on this

4 day of August, 2008

CHARLES J MIRISOLA
NOTARY PUBLIC STATE OF NEW YORK
LIC # 02MI6177947
COMM. EXP. 11/19/2011
COMMISSION IN COUNTY OF NEW YORK