UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
MARIA CARPIO and ELOY CUZCO,

        Petitioner,

-against-

45 WALL STREET, L.L.C., NEW YORK UNIVERSITY,
THAMES REALTY CO., TRIBECA LANDING, L.L.C.,
BOARD OF EDUCATION OF THE CITY OF NEW
YORK, NEW YORK CITY SCHOOL CONSTRUCTION
AUTHORITY, THE CITY OF NEW YORK,
THE CITY OF NEW YORK DEPARTMENT OF EDUCATION

        Respondents.
------------------------------------------------X

21 MC 102 (AKH)

Docket No.: 08 CV 4350

**AFFIDAVIT OF PERSONAL SERVICE**

JORGE ANZOLA, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

That on the 6th day of August, 2008, at approximately 9:10 a.m. at 30-30 Thompson - 4th Floor, Long Island City, New York, deponent served the within copy of the Summons in a Civil Action upon Defendant New York City School Construction Authority by delivering thereat a true copy of same to Michael Szbaga, Corporate Secretary, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Male Hispanic, white skin, Brown hair, approx. 40-45, height approx. 5'7"**

_____
JORGE ANZOLA

Sworn to before me this
6th day of August, 2008

_____
Notary public

David L Kremen
Notary Public, State of New York
No. 02KR4997921
Qualified in New York County
Commission Expires 7-28-10