INDEX # 08CV4350

DATE _____

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION    Plaintiff**s**

MARIA CARPIO, ET ANO

vs.

45 WALL STREET LLC, ET AL    Defendant**s**

**State of New York**
**County of Albany**    SS.:

JEFFREY TEITEL, being duly sworn deposes and says that he is over the age of eighteen (18); that on the __31ST__ day of __July__, 20__08__ at the office of the Secretary of State, of the State of New York in the City of Albany, he served the annexed SUMMONS IN A CIVIL ACTION AND FIRST AMENDED COMPLAINT BY ADOPTION RELATED TO THE FIRST AMENDED MASTER COMPLAINT. on THAMES REALTY CORP., the Defendant in this action, by delivering to and leaving with __CAROL VOGT__, a clerk in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __$40.00__ Dollars. That said service was pursuant to Section __306__ of the Business Corporation Law or Section _____ of the Vehicle and Traffic Law.

Deponent further says that he knew the person so served as forsaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) | Other identifying features: |
|---|---|---|---|---|---|---|
| ☐ Male<br>☒ Female | ☐ Black<br>☒ White<br>☐ | ☐ Light<br>☒ Med.<br>☐ Dark | 52 | 5' | 120 lbs. | |

Sworn to me, this __31ST__ day of __July__, 20__08__

_Jeffrey T_ (signature)
(Print Name Below Signature).
JEFFREY TEITEL

_Hilary Teitel_ (signature)

HILARY TEITEL
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires Sept. 11, 20__09__